Todd Feltus (#019076)
Julia A. Guinane (#026554)
KERCSMAR & FELTUS PLLC
6263 North Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
Telephone: (480) 421-1001
Fax: (480) 421-1002
tfeltus@kflawaz.com
jag@kflawaz.com

Attorneys for Plaintiff Mitchell J. Oldewurtel as Trustee for The Oldewurtel Family Revocable Living Trust dated April 24, 1992 and Restated and Amended May 1, 2007

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitchell J. Oldewurtel, as trustee for The Oldewurtel Family Revocable Living Trust dated April 24, 1992 and Restated and Amended May 1, 2007,<br><br>   Plaintiff,<br><br>v.<br><br>Saint-Gobain Corp.,<br><br>   Defendant. | No.<br><br>**COMPLAINT** |

Plaintiff Mitch Oldewurtel, as trustee for The Oldewurtel Family Revocable Living Trust dated April 24, 1992 and Restated and Amended May 1, 2007 for his complaint against defendant Saint-Gobain Corp. ("Saint-Gobain") alleges as follows:

## NATURE OF ACTION

1.   The Trust asserts this action against Saint-Gobain for benefits due under a retiree life insurance benefit plan (the "Plan") and for Saint-Gobain's failure to furnish the Plan's governing documents upon written request.

Kercsmar & Feltus PLLC
6263 N. Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
(480) 421-1001

## PARTIES, JURISDICTION AND VENUE

2. Plaintiff, Mitch Oldewurtel, as trustee for The Oldewurtel Family Revocable Living Trust dated April 24, 1992 and Restated and Amended May 1, 2007 (the "Trust"), is an Arizona resident. At all relevant times, the Trust was a beneficiary in the Plan within the meaning of 29 U.S.C. § 1002(8). The Trust has standing to bring this action under 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(a)(3).

3. Defendant Saint-Gobain Corp. ("Saint-Gobain") is a Pennsylvania corporation with its principal place of business in Pennsylvania. Saint-Gobain is an administrator of the Plan within the meaning of 29 U.S.C. § 1002(16).

4. This action arises under the Employee Retirement Income Security Act of 1974 as amended, 29 U.S.C. § 1001 to 1461. At all relevant times, the Plan was and is an employee-pension-benefit plan within the meaning of 29 U.S.C. § 1002(2), subject to coverage under 29 U.S.C. § 1003(a)(1).

5. Jurisdiction over this action is based upon 29 U.S.C. § 1132(e)(1) and 28 U.S.C. § 1331.

6. Venue is proper in this Court under 28 U.S.C. § 1391.

## FACTUAL ALLEGATIONS

7. From approximately September 1998 to July 20, 2001, Ronnie A. Oldewurtel was employed by Saint-Gobain.

8. During the course of his employment, Ronnie Oldewurtel enrolled in the Plan granting him a retiree life insurance benefit in the amount of $133,400.

9. Ronnie Oldewurtel listed his wife, Diane Oldewurtel, as his primary beneficiary and the Trust as his secondary beneficiary. Diane Oldewurtel passed away before the benefits were due and therefore the Trust is the beneficiary of the Plan.

10. Since January 3, 2011, Saint-Gobain has refused to make payment to the Trust under the Plan.

11. The Trust has attempted to avail itself of available administrative remedies, but such efforts have proven futile.

12. Saint-Gobain's denial of the Trust's benefits was arbitrary and capricious.

13. Despite repeated attempts by the Trust for a written explanation denying its claim, Saint-Gobain has failed to provide any meaningful written response.

14. The Trust has repeatedly sought from Saint-Gobain a copy of the governing documents, specifically the plan summary description.

15. As of the date of this complaint, the Trust has not received a copy of the Plan's governing documents as requested on or about January 3, 2011 and on numerous other occasions.

## COUNT I

### Failure to Pay Benefits: 29 U.S.C. § 1132(a)(1)(B)

16. The Trust repeats and realleges the allegations contained in the preceding paragraphs as if fully set forth herein.

17. At all relevant times, the Trust was and continues to be a beneficiary of an employee benefit plan within the meaning of 29 U.S.C. §§ 1002(8).

18. Saint-Gobain is an administrator of the employee benefit plan within the meaning of 29 U.S.C. § 1002(16).

19. The Trust was entitled to rights and benefits under the terms of the Plan.

20. Saint-Gobain has failed to pay the Trust its benefits when due under the terms of the Plan.

21. Saint-Gobain's denial of the Trust's claim was arbitrary and capricious because it ignored the Trust's entitlement of benefits without explanation.

22. Saint-Gobain is liable to the Trust for such benefits under the Plan and 29 U.S.C. § 1132(a)(1)(B).

## COUNT II
### Failure to Furnish Information:  29 U.S.C. § 1024(b)(4), 1132(c)(1)

23. The Trust repeats and realleges the allegations contained in the preceding paragraphs as if fully set forth herein.

24. 29 U.S.C. §§ 1024(b)(4) and 1132(c) requires that Saint-Gobain furnish the Trust a copy of the Plan's governing documents within 30 days of a written request.

25. Saint-Gobain violated 29 U.S.C. 1024(b)(4) by failing to provide the Trust with a copy of the Plan's governing documents within 30 days.  Under 29 U.S.C. § 1132(c), Saint-Gobain is liable to the Trust $100 per day from January 3, 2011 until it supplies the Trust with the Plan's governing documents.

## PRAYER FOR RELIEF

WHEREFORE, the Trust requests that this Court award the following relief:

1. Declare, pursuant to 29 U.S.C. §§ 1132(a)(1)(B), and (a)(3), that the Trust is entitled to all benefits and compensation available under the Plan as of the effective date of Ronnie R. Oldewurtel retirement.

2. Direct Saint-Gobain to pay to the Trust all retirement benefits and compensation due under the Plan.

3. Order Saint-Gobain, pursuant to 29 U.S.C. § 1132(c)(1)(B) and 29 C.F.R. § 2575.502c-3, to pay the Trust one hundred dollars per day from January 3, 2011 until such date as the documents are provided, for Saint-Gobain's failure to supply the Trust with the Plan's governing documents.

4. Award the Trust its attorneys' fees and costs.

5. Award the Trust such other and further relief as this Court considers just and equitable.

DATED this 2nd day of July, 2012.

KERCSMAR & FELTUS PLLC

By: *s/ Julia A. Guinane*
Todd Feltus
Julia A. Guinane
6263 North Scottsdale Road, Suite 320
Scottsdale, Arizona 85250
Attorneys for Plaintiff Mitch Oldewurtel, as trustee for The Oldewurtel Family Revocable Living Trust dated April 24, 1992 and Restated and Amended May 1, 2007