IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oldewurtel Family Revocable Living Trust Dated 4/24/92,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Saint-Gobain Corporation,<br><br>　　　　Defendant. | No. CV-12-01430-PHX-NVW<br><br>**ORDER** |

The Court having reviewed the parties' Agreed Stipulation for Dismissal With Prejudice (Doc. 18) filed on October 3, 2012, and good cause appearing,

IT IS ORDERED granting the parties' Agreed Stipulation for Dismissal With Prejudice (Doc. 18).

IT IS FURTHER ORDERED directing the Clerk's Office to dismiss the above-entitled action with prejudice, each side to bear their own attorneys' fees and costs.

DATED this 3rd day of October, 2012.

_____
Neil V. Wake
United States District Judge